FILED LODGED RECEIVED
AUG 27 2015
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

Judge Karen L. Strombom

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOANNA OLSON, <br><br> Defendant. | NO. MJ15-5150 <br><br> COMPLAINT <br><br> 18 U.S.C. §§ 2251(a) and (e); 2252 (a)(4)(B) and (b)(2) |

BEFORE, Karen L. Strombom, United States Magistrate Judge, U. S. Courthouse, Tacoma, Washington.

### COUNT 1
### (Production of Child Pornography)

On a date unknown, but no later than on or about August 26, 2015, in Longview, within the Western District of Washington, and elsewhere, JOANNA OLSON did knowingly employ, use, persuade, induce, entice, or coerce, and attempt to employ, use, persuade, induce, entice, or coerce, a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any

COMPLAINT/*United States v. Olson* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
### (Possession of Child Pornography)

Beginning at a time unknown and continuing until August 26, 2015, at Longview, within the Western District of Washington, and elsewhere, JOANNA OLSON did knowingly possess matter that contained visual depictions the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which had been produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the images of child pornography involved include images of a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of Title 18, United State Code, Section 2252(a)(4) and 2252(b)(2).

And the complainant states that this Complaint is based on the following information:

I, Special Agent Samuel Mautz, being duly sworn under oath, depose and say:

## INTRODUCTION

1.      I have been employed as a Special Agent of the FBI since 2011, and am currently assigned to the Vancouver, Washington Resident Agency of the Seattle, Washington Division. Previously I was assigned to the Pierre, South Dakota Resident Agency of the Minneapolis, Minnesota Division. While employed by the FBI, I have investigated federal criminal violations related to high technology or cyber crime, child exploitation, and child pornography. I have gained experience through training at the FBI Academy in Quantico, VA as well as training to be a Digital Extraction Technician

1. for the FBI and everyday work relating to conducting these types of investigations. While assigned to the Pierre, South Dakota Resident Agency, I conducted investigations in conjunction with the South Dakota Internet Crimes Against Children Task Force. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251 and 2252A, and I am authorized by the Attorney General to request a search warrant.

2. The facts set forth in this Complaint are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

3. As further detailed below, based on my investigation and the investigation of other law enforcement officers, I submit there is probable cause to believe that JOANNA OLSON has committed the violations described above. In particular, the investigation has uncovered substantial evidence that JOANNA OLSON produced child pornography on a date unknown but between July 1, 2015 and August 26, 2015, and possessed child pornography continuing until on or about August 26, 2015.

## CASE SUMMARY

4. On or about August 16, 2015, a law enforcement officer operating in an online covert capacity, hereinafter "online covert employee (OCE)", with the Washington D.C. Field Office of the FBI, posted an ad on the KIK ME section of a web site that caters to people with fetishes including incest and sex with children. On August 17, 2015, a user with the username "Black_poppabear_SD" responded to the ad through the KIK messenger. Kik Messenger or Kik is an instant messaging application for

1 mobile devices from Kik Interactive. Kik uses a smartphone's data plan or Wi-Fi to
2 transmit and receive messages. Kik also allows users to share photos, videos, sketches,
3 mobile webpages, and other content. Kik Messenger requires users to register a
4 username.
5     5.    I have reviewed a report of the KIK chat that occurred between the OCE
6 and the user with the username Black_poppabear_SD. The chat began on August 17,
7 2015 with the following:

| | | |
|---|---|---|
| 8 | Black_poppabear_SD: | Active dad here |
| 9 | OCE: | Same here how old is your lil one ? |
| 10 | Black_poppabear_SD: | 3g |
| 11 | OCE: | Very nice mine is 9 and active |
| 12 | OCE: | I'm in the DC va area 30 here you ? |
| 13 | OCE: | Mine is g too |
| 14 | Black_poppabear_SD: | Sweet |
| 15 | Black_poppabear_SD: | 39 San diego |
| 16 | Black_poppabear_SD: | How did your start her |
| 17-18 | OCE: | How far have you gone? Started out licking and Cummings on her during diaper changed and bath |
| 19 | Black_poppabear_SD: | Can she take you fully |
| 20 | Black_poppabear_SD: | Does the mother know |
| 21-22 | OCE: | Mom has no clue and not fully yet, mostly get her to suck and jerk me but do rub my head in her pussy |
| 23-24 | OCE: | I miss the younger days . Yours with you now ? Ever take any special pics of her |
| 25 | Black_poppabear_SD: | No and yes |
| 26 | OCE: | Cool |
| 27 | OCE: | Mine too |

28

| | | |
|---|---|---|
| 1 | Black_poppabear_SD: | [Sends a video of an adult female with brown hair and only her head visible and a young female with curly dark brown hair and a pink shirt that has a princess and a blue bird on it. The young female says, "Hi Tony," in the video.] |
| 5 | OCE: | It's not playing on kik can usend to my email? [OCE sends a covert email address] |
| 7 | Black_poppabear_SD: | Nothing special |
| 8 | OCE: | Is that a mother daughter vid |
| 9 | OCE: | . |
| 10 | Black_poppabear_SD: | How you teach to suck u |
| 11 | Black_poppabear_SD: | Yes it id |
| 12 | Black_poppabear_SD: | Found both those piggies online |

6.  That chat continues and includes Black_poppabear_SD sending two different videos of a young female girl breastfeeding. The young female in both of those videos appears to be the same young female pictured in the first video sent.

7.  The chat on August 17, 2015 also included the following:

| | | |
|---|---|---|
| 18 | Black_poppabear_SD: | Plan on breeding the daughter |
| 19 | OCE: | Ah ok |
| 20 | OCE: | Yes |
| 21 | OCE: | Who was the girl in vid |
| 22 | OCE: | She is hot |
| 23 | Black_poppabear_SD: | The mom or dsugtger |
| 24 | Black_poppabear_SD: | Daughter |
| 25 | OCE: | Both |
| 26 | Black_poppabear_SD: | Step daughter and gf |
| 27 | OCE: | Nice !! |
| 28 | OCE: | She play with her |

| | | |
|---|---|---|
| 1 | Black_poppabear_SD: | She's 44, she's 3 and she still breast feed her |
| 2 | Black_poppabear_SD: | Met her on fetlife |
| 3 | OCE: Love to see more of them together, does she get nasty with her | |
| 4 | OCE: | Mmm |
| 5 | Black_poppabear_SD: | She just started playing with her while she nurses |
| 6 | OCE: | Mmmm that is so hot |
| 7 | OCE: | Any more |
| 8 | OCE: | They home now |
| 9 | Black_poppabear_SD: | They live in Washington state I'm in Arizona |
| 10 | Black_poppabear_SD: | I'm moving in next summer |
| 11 | OCE: | Oh shit man can I have her kik |
| 12 | OCE: | Or more vids they play once needed to update lol |
| 13 | Black_poppabear_SD: | Mom very open to me breeding her and teaching |
| 14 | daughter to be a good cuz slut like her | |

8. The chat above continued, and the OCE asked for more images of the mother and daughter. The OCE sent an image of what appears to be a young female with exposed stomach and chest and underwear. The images are not of a real person. The images were sent to alleviate the suspicion that OCE is a law enforcement officer. Black_poppabear_SD indicates to OCE that he has more of mother and daughter to share and they agree to chat again the following day.

9. The chat re-initiated on August 18, 2015 and the user Black_poppabear_SD and OCE exchanged images. The images sent by Black_poppabear_SD are images or video of child pornography that are identified by OCE as having been seen before. The images sent by OCE are similar to those sent the previous day and show what appear to be a young female with underwear, stomach and chest exposed. The images sent by OCE are not of a real person. The chat on August 18, 2015 also includes the following:

| | | |
|---|---|---|
| 1 | OCE: | has your Gf done anything else with the lil one? |
| 2 | Black_poppabear_SD: | She licks finger her |
| 3 | Black_poppabear_SD: | In October she's felt. Down with her so I can break her in |

10.    The user Black_poppabear_SD and OCE chatted on August 19, 2015 and August 21, 2015. During the chats on August 21, 2015, Black_poppabear_SD sent two images, the first depicts a young female's exposed buttocks with nothing else visible, the second depicts a young female's exposed genital area with an adult hand spreading the young female's vagina open. I have viewed this image. Based on the lack of body or pubic hair, the overall size and development of the female I would estimate the young female's age to be under five years old in the second image. After sending the image and some other comments the following occurs in the chat:

| | |
|---|---|
| Black_poppabear_SD: | Those pics I just sent you are of the daughter |
| OCE: | Any with her in them, such a turn on to see that |
| Black_poppabear_SD: | That's her hand spreading her open |

11.    Later on in the day on August 21, 2015 additional chatting included the following:

| | |
|---|---|
| Black_poppabear_SD: | [sends an image of a young female in the first video sent on August 17, 2015 sleeping on what appears to be a couch or armchair. The young female is fully clothed and is wearing the same shirt as the one she was wearing in the first video.] |
| Black_poppabear_SD: | There's my angel |
| Black_poppabear_SD: | She'll be 3 in a couple of weeks |
| OCE: | Damn she is so sexy |
| OCE: | Is that your step |
| Black_poppabear_SD: | yes |

| | | |
|---|---|---|
| 1 | OCE: | Nice |
| 2 | Black_poppabear_SD: | She already calls me daddy |

12. Later on in that chat Black_poppabear_SD stated that, "She's always been an [sic] fantasy pedo mom....I just made it real for her." That chat also includes Black_poppabear_SD sending three images of an adult hand touching the exposed vagina of a young female. Included in each of the pictures is a piece of paper with the date "8-21-15" written on it. In response to a question of what one of the images was because it was hard to see, Black_poppabear_SD responds, "Moms finger in her." Black_poppabear_SD also sent a video that lasts approximately 4 seconds and shows an adult hand rubbing the exposed vagina of a young female. The hand and young female appear to be the same across all of the images and the video that were sent on August 21, 2015.

13. An emergency disclosure request was issued to KIK for subscriber information and IP address history for the account, Black_poppabear_SD. That request resulted in obtaining a confirmed email address, fire_dragon77us@yahoo.com and several IP addresses for the most recent activity. Through publically available databases, some of the IP addresses, including 24.249.203.107, belonged to Cox Communications. A phone call to Cox Communications resulted in Cox Communications verbally providing the physical address of 9603 Campo Road, Spring Valley, CA 91977 being associated with that IP address on August 22, 2015.

14. Open source searches of the email address fire_dragon77us@yahoo.com resulted in finding the Facebook profile, www.facebook.com/tony.papbear, with the name Tony Papabear. Publicly available information on that profile indicated that the owner was originally from Louisville, KY and currently resides in San Diego, CA. An emergency request was issued to Facebook for subscriber information associated with that profile. That request resulted in, among other information, IP addresses owned by T-Mobile. An emergency disclosure request was submitted to T-Mobile for customer

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 information associated with the IP addresses identified. That request resulted in identifying the customer using the IP addresses to access Facebook as Antonio Boleware with telephone number 619-577-6288.

15. A review of publicly available sex offender registry information identified Antonio Boleware as residing at 9603 Campo Road, Spring Valley, CA. I have reviewed a copy of Boleware's criminal history which includes two convictions for lewd or lascivious acts with a child under the age of 14 years.

16. A review of the publicly available Friends list on the profile, www.facebook.com/tony.papbear, showed an individual residing in Washington state with the profile, www.facebook.com/joanna.olson.9. I have reviewed the publicly available Facebook profile, www.facebook.com/joanna.olson.9. Included in that profile are multiple images depicting children. One of those children appears to be the same child depicted in the videos that were sent by the user, Black_poppabear_SD, to OCE on August 17, 2015 (hereinafter Minor Victim 1). The profile also indicates that JOANNA OLSON resides in Longview, WA.

17. A search of the Thomson Reuters CLEAR information database (a public records database that provides names, dates of birth, addresses, associates, telephone numbers, email addresses, etc.) and other public databases was conducted for JOANNA OLSON, in Longview, WA. These public records indicated that JOANNA OLSON currently resides at xxxx 18th Ave, Longview, WA 98632.

18. I have reviewed a Driver's License photo of JOANNA JEAN OLSON, of xxx 18th Ave, Longview, WA 98632. The woman pictured in the driver's license photo is the same woman depicted in the first video that was sent by the user Black_poppabear_SD to OCE on August 17, 2015.

19. I spoke with FBI SA Daniel Evans on August 26, 2015. SA Evans advised that he had obtained and executed a search warrant on Antonio Boleware's residence. At the execution of the warrant, Boleware was contacted and a phone was taken from his person. A search of the phone showed that the Kik application was installed on the

phone and that it was signed in under the user name Black_poppabear_SD. There were current messages from today on the phone from JOANNA OLSON using the username, mommy3boys2girls. OLSON's cell phone number was listed as 360-703-xxxx. Messages received on the Kik app from OLSON today talked about OLSON coming down to visit Boleware.

20. SA Evans further advised that he had interviewed Antonio Boleware. Boleware told SA Evans that he has known JOANNA OLSON for years and that she used to live in California. Boleware told SA Evans that he resets his phone regularly and that this results in the history in the Kik app being cleared. Boleware admitted to SA Evans that he had received pictures of OLSON touching a minor child's vagina. Boleware stated that OLSON told him that the pictures were of Minor Victim 1 and that the hand in the picture was hers. Boleware told SA Evans that first received videos of Minor Victim 1 breastfeeding about a month ago and that the pictures and videos have progressed from there to images of OLSON touching Minor Victim 1's vagina. Boleware was shown a picture that showed JOANNA OLSON'S and Minor Victim 1's faces and Boleware confirmed their identities as JOANNA OLSON and Minor Victim 1. JOANN OLSON has been down to California to visit Boleware but she left her children behind. Boleware stated he had never met Minor Victim 1 in person.

21. On August 26, 2015, I obtained and served a federal search warrant at JOANNA OLSON's residence, xxx 18th Ave, Longview, WA. JOANNA OLSON was at the residence when the search warrant was served. The search warrant included the search and seizure of electronic items, including cellular telephones. During the search, a cellular telephone was identified as belonging to JOANNA OLSON. A preliminary search of the phone showed the KIK application was installed on the phone. In the KIK application was a chat with the user Black_poppabear_SD from earlier that day.

22. On August 26, 2015, during the search of her residence pursuant to a federal search warrant, I interviewed JOANNA OLSON. JOANNA OLSON admitted to taking pictures of her daughter's vagina and sending them to a man she knows as Tony

Boleware. According to Olson, Boleware is located in San Diego, CA and JOANNA OLSON has physically been down to visit Boleware in San Diego. Among the pictures taken by JOANNA OLSON was a picture where in JOANNA OLSON used her hand to spread open her daughter's exposed vagina. JOANNA OLSON also admitted to showing Boleware her daughter's nude buttocks during a Skype video chat one time. JOANNA OLSON stated she had taken all the pictures of her daughter using her cellular telephone and had transmitted them to Boleware through the KIK application on her cellular telephone.

23. The cellphone that JOANNA OLSON used to produce the images of child pornography regarding Minor Victim 1, was not manufactured in the state of Washington.

## CONCLUSION

24. Based on the above facts, I respectfully submit that there is probable cause to believe that JOANNA OLSON did knowingly and unlawfully produce and possess child pornography, in violation of Title 18, United States Code, Sections 2251(a) and 2252(a)(4) and (b)(2).

Samuel Mautz, Complainant
Special Agent, FBI

The above named agent provided a sworn statement attesting to the truth of the content of the foregoing Complaint and Affidavit on 27th day of August, 2015. Based on this Complaint and Affidavit, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 27th day of August, 2015.

KAREN L. STROMBOM
United States Magistrate Judge